(December 4, 1984)

■ The People of the State of New York, Respondent, v Joseph N., Appellant. — Judgment, Supreme Court, Bronx County (Harold Silverman, J.), rendered on August 27, 1982, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Sandler, Asch, Milonas and Alexander, JJ.

■ Diane L. Kaye, Respondent, v Harvey E. Kaye, Appellant. — Judgment, Supreme Court, New York County (Bruce Wright, J.), entered on January 5, 1984, and resettled judgment of said court, entered thereon on June 28, 1984, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Kupferman, Ross, Carro and Lynch, JJ.